[No. 1169-3.   Division Three.   July 16, 1975.]

JANE HOLLINGSWORTH, *Appellant*, v. ELLIE BRADO *et al*, *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 19684, Lawrence Leahy, J., entered April 16, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1184-3.   Division Three.   July 17, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. VADA HERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21988, William J. Grant, J., entered April 3, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2641-1.   Division One.   July 21, 1975.]

LEEESTHER DAVIS, *Respondent*, v. MICHAEL JAMES CARMICHAEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 215482, James V. Ramsdell, J., entered November 19, 1973. *Reversed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Andersen, J.

[No. 3025-1.   Division One.   July 21, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK LAWITCHEDEE BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8387, Byron L. Swedberg, J., entered May 3, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.